CAUSE No. 61,782-B, 61,783-B    75,186-03,04

EX PARTE                    § THE TEXAS COURT OF CRIMINAL
Richard Daniel Mooney IV    §      APPEALS
                            § ON APPLICATION FOR WRIT OF HABEAS
                            § CORPUS V.A.C.C.P.  ARTICLE 11.07

## APPLICANT'S RESPONSE TO STATES ANSWER

TO THE HONORABLE COURT!

COMES NOW Richard Daniel Mooney IV, APPLICANT IN THE ABOVE-STYLED CAUSES, RESPONDING TO THE STATE'S ANSWER TO MY APPLICATION FOR WRIT OF HABEAS CORPUS.

I WOULD RESPECTFULLY SHOW:

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

### I.

ALTHOUGH THIS IS MY SECOND APPLICATION, MY FIRST ONE WAS DENIED IN      , NOT ON ITS INDIVIDUAL MERITS.
EX PARTE BARBER, 879 SW 2d 889 NOTE 6 STATES, "GOOD CAUSE EXISTS FOR HEARING SECOND WRIT OF HABEAS CORPUS, WHERE POINT OF ERROR HAS BEEN PREVIOUSLY RAISED BY APPLICANT IN WRIT OF HABEAS CORPUS, BUT WAS NOT DECIDED UPON BY COURT, AND IS AGAIN RAISED IN SUBSEQUENT WRIT."

### II

TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 SECTION 4 ALLOWS THAT RELIEF BE GRANTED UPON SHOWING OF A CONSTITUTIONAL ERROR. IN GROUNDS ONE AND TWO OF MY APPLICATION, I SHOW HOW I AM UNDER AN ILLEGAL SENTENCE. IN GROUNDS THREE AND FOUR, I SHOW THAT I AM UNDER AN ILLEGAL INDICTMENT, DIVESTING THE TRIAL COURT OF JURISDICTION.

All of these grounds show a violation of the Fourteenth Amendment of the United States Constitution's Due Process Clause.

Also, Light v. Texas, 993 SW2d 740, Note 14 states, "A lack of jurisdiction may be questioned at any stage of the proceedings, even on appeal, in both civil and criminal matters."

## PRAYER

Wherefore, Applicant respectfully prays that the Court grants his application for writ of Habeas Corpus.

Respectfully submitted

_(signature)_

RICHARD DANIEL MOANEY IV
Applicant, Pro SE
T.D.C.J. # 1489429
HUGHES Unit
Rt. 2 Box 4400
Gatesville TX 76597

3-2-15
DATE

## CERTIFICATE OF SERVICE

I, Richard Daniel Moaney IV, do hereby certify that a copy of the foregoing motion was mailed to District Attorney Henry Garza at the 27th Judicial District of Texas, Bell County. P.O. Box 540 Belton TX 76513 on the date below.

2-20-15
DATE

_(signature)_

RICHARD DANIEL MOANEY IV
AFFIANT

EX PARTE

RICHARD DANIEL MONNEY IV

§ THE TEXAS COURT OF CRIMINAL
§ APPEALS
§ ON APPLICATION FOR WRIT OF HABEAS
§ CORPUS V.A.C.C.P. ARTICLE 11.07

## APPLICANTS RESPONSE TO STATES ANSWER

TO THE HONORABLE COURT!

COMES NOW RICHARD DANIEL MONNEY IV, APPLICANT IN THE ABOVE-STYLED CAUSES, RESPONDING TO THE STATES ANSWER TO MY APPLICATION FOR WRIT OF HABEAS CORPUS.

I WOULD RESPECTFULLY SHOW:

### I.

ALTHOUGH THIS IS MY SECOND APPLICATION, MY FIRST ONE WAS DENIED IN          , NOT ON ITS INDIVIDUAL MERITS.
EX PARTE BARBER, 879 SW 2d 889 NOTE 6 STATES, "GOOD CAUSE EXISTS FOR HEARING SECOND WRIT OF HABEAS CORPUS, WHERE POINT OF ERROR HAS BEEN PREVIOUSLY RAISED BY APPLICANT IN WRIT OF HABEAS CORPUS, BUT WAS NOT DECIDED UPON BY COURT, AND IS AGAIN RAISED IN SUBSEQUENT WRIT."

### II

TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 SECTION 4 ALLOWS THAT RELIEF BE GRANTED UPON SHOWING OF A CONSTITUTIONAL ERROR. IN GROUNDS ONE AND TWO OF MY APPLICATION, I SHOW HOW I AM UNDER AN ILLEGAL SENTENCE. IN GROUNDS THREE AND FOUR, I SHOW THAT I AM UNDER AN ILLEGAL INDICTMENT, DIVESTING THE TRIAL COURT OF JURISDICTION.

All of these grounds show a violation of the Fourteenth Amendment of the United States Constitution's Due Process Clause.

Also, Light v. Texas, 993 SW2d 740, note 14 states, "A lack of jurisdiction may be questioned at any stage of the proceedings, even on appeal, in both civil and criminal matters."

---

## PRAYER

Wherefore, Applicant respectfully prays that the court grants his application for writ of habeas corpus.

Respectfully submitted

3-2-15
DATE

RICHARD DANIEL MOANEY IV
Applicant, Pro Se
T.D.C.J. # 1487429
Hughes Unit
Rt. 2 Box 4400
Gatesville TX 76597

---

CERTIFICATE OF SERVICE

I, Richard Daniel Moaney IV, do hereby certify that a copy of the foregoing motion was mailed to District Attorney Henry Garza at the 27th Judicial District of Texas, Bell County. P.O. Box 540 Belton TX 76513 on the date below.

2-20-15
DATE

RICHARD DANIEL MOANEY IV
AFFIANT